CLOSED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CLAIRE BARNARD,<br><br>                     Plaintiff,<br><br>- against -<br><br>CONSUMER RECOVERY ASSOCIATES, LLC,<br><br>                     Defendant. | ECF Case<br><br>Jury Trial Demanded<br><br>NOTICE OF DISMISSAL<br><br>Case No. 07-CV-964 |

      Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1), please take notice that Plaintiff hereby dismisses the complaint filed in the above action against the Defendant, with prejudice.

Dated: New York, New York
       March 11, 2007

                                  Respectfully submitted,

                                  s/ Randall S. Newman
                              Randall S. Newman, Esq. (RN7862)
                              The Law Offices of Randall S. Newman, P.C.
                              80 Wall Street, Suite 815
                              New York, NY 10005
                              Tel: (212) 797-3737

                              *Attorney for Plaintiff,*
                              *Claire Barnard*

SO ORDERED:

_____
U.S.D.J.